UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAURICE MOORE, | Case No. 2:22-cv-01375-MMD-EJY |
| Petitioner, | |
| v. | ORDER |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

Petitioner Maurice Moore, a Nevada prisoner, has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) Moore has not filed an application to proceed *in forma pauperis* (IFP Application) or paid the filing fee. Accordingly, this matter has not been properly commenced. *See* 28 U.S.C. § 1915(a)(2); LSR 1-1, 1-2.

Thus, the present action will be dismissed without prejudice to the filing of a habeas petition pursuant to 28 U.S.C. § 2254 on the form required by this Court in a new action with either the $5.00 filing fee or a completed IFP Application on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

It is therefore ordered that this action is dismissed without prejudice to the filing of a petition in a new action with either the $5.00 filing fee or a properly completed application form to proceed *in forma pauperis*.

The Clerk of Court is directed to enter judgment accordingly and close this case.

It is further ordered that a certificate of appealability is denied as jurists of reason would not find the Court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

The Clerk of Court is directed to send Moore two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

DATED THIS 26th Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE